FILED

2010 SEP 21 PM 2: 53

CLERK U.S. DISTRICT C...
NORTHERN DISTRICT O...
CLEVELAND

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | INDICTMENT  3:10CR 411 |
|---|---|---|
| v. | ) | |
| Plaintiff, | ) | Case No. _____ |
| | ) | |
| | ) | Title 18, Sections 1591(a)(1) and (b)(1) and |
| | ) | 2 and 1591(d), United States Code |
| MARK A. FETTER, | ) | |
| | ) | |
| Defendant. | ) | JUDGE KATZ |

Count 1

The Grand Jury charges:

From on or about August 14, 2010, and continuing through at least August 27, 2010, in the Northern District of Ohio, Western Division, the defendant, MARK A. FETTER, did knowingly recruit, entice, harbor, transport, provide and obtain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "T.H.", knowing and in reckless disregard of the fact that means of force, fraud and coercion would be used to cause

2

"T.H." to engage in a commercial sex act and that "T.H." had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1) and (2).

## Count 2

The Grand Jury further charges:

From on or about August 14, 2010, and continuing through the date of return of this indictment, in the Northern District of Ohio, Western Division, the defendant, MARK A. FETTER, did obstruct, attempt to obstruct, interfered with, and prevented the enforcement of Title 18, United States Code, Section 1591, to wit, a sex trafficking investigation.

All in violation of Title 18, U.S.C. § 1591(d).

A TRUE BILL.

Original document – Signatures on file with the Clerk of courts, pursuant to the E-Government Act of 2002.